| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  ENI DIST, INC.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  45-2959036

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8805 Kelso Dr.** <br> **Essex, MD 21221** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore** | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.enidist.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ENI DIST, INC.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4244**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **ENI DIST, INC.**  Case number (*if known*)
       Name

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ENI DIST, INC.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 6, 2025**
MM / DD / YYYY

X **/s/ Seung Hoon Lee**
Signature of authorized representative of debtor

**Seung Hoon Lee**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Weon G. Kim**
Signature of attorney for debtor

Date **August 6, 2025**
MM / DD / YYYY

**Weon G. Kim 19029**
Printed name

**Weon G Kim Law Office**
Firm name

**8200 Greensboro Dr.**
**Suite 900**
**Mc Lean, VA 22102**
Number, Street, City, State & ZIP Code

Contact phone **(571) 278-3728**   Email address **jkkchadol99@gmail.com**

**19029 MD**
Bar number and State

American Express Card
PO Box 981556
El Paso, TX 79998


Arba Credit Investors, L.P.
161 Washington Street
 Suite 1525
Conshohocken, PA 19428


Arba Credit Investors, L.P.
c/o David Musgrave, Esq
1001 Fleet St 7th Floor
Baltimore, MD 21202


Austin Business Finance
Dba Backd
4853 Williams Dr. Ste 111
Georgetown, TX 78633


Austin Business Finance
Dba Backd c/o Chris Mundt, Esq
PO Box 19134
Austin, TX 78760


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of Hope
3200 Wilshire Blvd
Suite 1400
Los Angeles, CA 90010


Capital One Bank
PO Box 70187
Charlotte, NC 28272

Chase Card
PO Box 1423
Charlotte, NC 28201-1423


Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street STE230
Baltimore, MD 21202


CRIMPCO
2545 LORD BALTIMORE DR.
STE H
Windsor Mill, MD 21244


DW Global, Inc.
18000 Studebaker Rd
Ste 555
Cerritos, CA 90703


EMART AMERICA, INC.
975 W IMPERIAL HWY STE 110
Brea, CA 92821


FIRELINE CORPORATION
4506 HOLLINS FERRY RD
Halethorpe, MD 21227


GYEONG NAM TRADING INC.
74-1, Happoro, Masanhappogu
Changwonsi, Gyeongsangnamdo 51714
South Korea


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jin Heung Food Co., Ltd.
767-11, Namyangmanro, Ujeongeup
Hwaseong-si, Gyeonggi-do 18572
South Korea


KARIS INC
7125 Roselead Blvd
Pico Rivera, CA 90660


LEE KUM KEE (USA) INC
30-56 Whitestone Expy
Ste 350
Flushing, NY 11354


LG H&H USA
PO Box 894495
City of Industry Rowland Heigh
Los Angeles, CA 90189-4495


Lotte INT'L America Corp
1100 Coiner Ct
Rowland Heights, CA 91748


Maryland Department of Labor
ATTN: Legal Services
100 S Charles St Tower 1
Baltimore, MD 21201


Md Department of Human Service
25 South Charles Street
Baltimore, MD 21201-3330
```

```
MD Dept. Assessments Taxation
301 W. Preston Street,
Room 801
Baltimore, MD 21202



Metro Chef
3925 Venture Dr.
Duluth, GA 30096



ORACLE AMERICA INC
2300 Oracle Way
Austin, TX 78741



Otoki America Inc.
16200 Trojan Way
La Mirada, CA 90638



PENSKE
PO BOX 827380
Philadelphia, PA 19182



Prime Landscape LLC.
3780 Old Norcross Rd
Suite 103-275
Duluth, GA 30096



Samyang America, Inc.
140 S. STATE COLLEGE BLVD
SUITE 100
Brea, CA 92821



TAEHYUN HOLDINGS LLC
7020 Columbia Gateway Dr.
Columbia, MD 21046



UNITED EXCHANGE CORP
5836 CORPORATE AVE. S
STE 200
Cypress, CA 90630
```

```
US Small Business Administration
100 S. Charles St.
Suite 1201
Baltimore, MD 21201


Waste Management of Maryland,
PO BOX 13648
Philadelphia, PA 19101-3648
```

# United States Bankruptcy Court
## District of Maryland

In re  **ENI DIST, INC.**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **ENI DIST, INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  6, 2025**
Date

**/s/ Weon G. Kim**
**Weon G. Kim 19029**
Signature of Attorney or Litigant
Counsel for  **ENI DIST, INC.**
**Weon G Kim Law Office**
**8200 Greensboro Dr.**
**Suite 900**
**Mc Lean, VA 22102**
**(571) 278-3728 Fax:(703) 288-4003**
**jkkchadol99@gmail.com**