**Fill in this information to identify the case:**

Debtor name   **ENI DIST, INC.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **25-17220**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  6, 2025**          X  **/s/ Seung Hoon Lee**
                                              Signature of individual signing on behalf of debtor

                                              **Seung Hoon Lee**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **ENI DIST, INC.**
United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**
Case number (if known): **25-17220**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Card** PO Box 981556 El Paso, TX 79998 | | Line of Credit | | | | $62,106.06 |
| **American Express Card** PO Box 981556 El Paso, TX 79998 | | Credit card debt | | | | $32,834.51 |
| **Austin Business Finance Dba Backd** 4853 Williams Dr. Ste 111 Georgetown, TX 78633 | | Backd is listed in Sch. Fas unsecured.Any UCC lien is junior to existing secured claims, and collateral is insufficient to support a secured interest. | | | | $1,340,000.00 |
| **Bank of America** PO Box 15796 Wilmington, DE 19886-5796 | | Credit Card Debt | | | | $52,315.58 |
| **Capital One Bank** PO Box 70187 Charlotte, NC 28272 | | Credit card debt | | | | $88,159.42 |
| **Chase Card** PO Box 1423 Charlotte, NC 28201-1423 | | Credit card debt | | | | $78,176.32 |
| **DW Global, Inc.** 18000 Studebaker Rd Ste 555 Cerritos, CA 90703 | | Trade debt | | | | $743,476.10 |

| Debtor | ENI DIST, INC. | | Case number *(if known)* | 25-17220 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EMART AMERICA, INC.<br>975 W IMPERIAL HWY STE 110<br>Brea, CA 92821 | | Trade Debt | | | | $42,100.00 |
| GYEONG NAM TRADING INC.<br>224-153, Haean-daero, Masanhappo-gu Changwonsi, Gyeongsangnamdo 51714<br>South Korea | | Trade debt | | | | $119,274.45 |
| Jin Heung Food Co., Ltd.<br>767-11, Namyangmanro, Ujeongeup Hwaseong-si, Gyeonggi-do 18572<br>South Korea | | Trade debt | | | | $697,085.38 |
| KARIS INC<br>7125 Roselead Blvd<br>Pico Rivera, CA 90660 | | Trade Debt | | | | $24,924.00 |
| LEE KUM KEE (USA) INC<br>30-56 Whitestone Expressway<br>Ste 350<br>Flushing, NY 11354 | | Trade Debt | | | | $115,249.43 |
| LG H&H USA<br>PO Box 894495<br>City of Industry<br>Rowland Heigh<br>Los Angeles, CA 90189-4495 | | Trade Debt | | | | $4,930.79 |
| Lotte INT'L America Corp<br>1100 Coiner Ct<br>Rowland Heights, CA 91748 | | Trade Debt | | | | $27,636.00 |
| ORACLE AMERICA INC<br>2300 Oracle Way<br>Austin, TX 78741 | | Trade Debt | | | | $20,982.49 |
| Otoki America Inc.<br>16200 Trojan Way<br>La Mirada, CA 90638 | | Trade Debt | | | | $126,903.50 |

| Debtor | ENI DIST, INC. | Case number *(if known)* | 25-17220 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Prime Landscape LLC.<br>3780 Old Norcross Rd<br>Suite 103-275<br>Duluth, GA 30096 | | Trade Debt | | | | $740.00 |
| TAEHYUN HOLDINGS LLC<br>7020 Columbia Gateway Dr.<br>Columbia, MD 21046 | | Back Rent | | | | $38,703.78 |
| UNITED EXCHANGE CORP<br>5836 CORPORATE AVE. S<br>STE 200<br>Cypress, CA 90630 | | Trade Debt | | | | $36,089.66 |
| Waste Management of Maryland,<br>PO BOX 13648<br>Philadelphia, PA 19101-3648 | | Unpaid service and lease fees | | | | $634.83 |