Entered: September 10th, 2025
Signed: September 10th, 2025
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:                                    *

ENI DIST, INC.,                           *       Case No. 25-17220-MMH

　Debtor.                                 *       Chapter 11

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**SECOND INTERIM ORDER AUTHORIZING DEBTOR'S LIMITED USE OF CASH COLLATERAL; CONTINUING MOTION TO PROHIBIT USE OF, AND MOTION TO USE, CASH COLLATERAL; CONTINUING MOTION TO PAY CRITICAL VENDORS; AND SETTING CONTINUED HEARING DATE AND DEADLINES**

This matter is before the Court on (i) the Motion to Prohibit Use of Cash Collateral (the "Lender Motion"), filed by ARBA Credit Investors III, L.P. ("ARBA"), a creditor in this chapter 11 case; (ii) the Motion to Use Cash Collateral (the "Debtor Motion"), filed by ENI Dist, Inc., the above-captioned debtor and debtor in possession (the "Debtor"); (iii) the Motion to Pay Critical Vendors (the "Vendor Motion"), filed by the Debtor; (iv) the Motions to Extend Time (the "Extension Motions"), filed by the Debtor; and (v) all related papers (collectively, the "Pending Matters"). ECF 10, 16, 17, 21, 27, 37, 39, 40, 44, 45, 46, 48. The Court held a hearing on the Pending Matters on September 9, 2025 (the "Hearing"). Notice of that Hearing was provided to those parties in interest listed on Appendix A hereto by, among other things, the Court's Order at

ECF 33 (the "First Interim Order").[1] The Debtor, ARBA, their respective counsel, and the United States Trustee (the "U.S. Trustee") appeared at the Hearing.

For the reasons set forth on the record at the Hearing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor is authorized to continue to use cash collateral[2] on an interim basis **through and including October 9, 2025**, (i) only to fund the expenses provided on the budget set forth at ECF 16-2 (marked as "Exhibit B" to that paper) that are necessary to operate and maintain the Debtor's business and property, and (ii) only to the extent that the Debtor complies with its obligations set forth in this Order; and it is further

**ORDERED**, that, **on or before September 19, 2025**, the Debtor shall provide the following documents and information *to ARBA's counsel and to the U.S. Trustee*: (i) any and all documents required to be filed by the Debtor under the Bankruptcy Code and that remain outstanding;[3] and (ii) updated and supplemented monthly balance sheets and income statements for the period from January 1, 2025, through and including July 31, 2025, as well as any and all supporting documentation that the Debtor relied on in preparing those financial statements;[4] and it is further

**ORDERED**, that, **on or before September 21, 2025**, the Debtor shall file a complete and accurate Monthly Operating Report for August 2025, as required by the Bankruptcy Code and the applicable regulations, and continue to file its Monthly Operating Reports on a timely basis; and

---

[1] The First Interim Order provided, among other things, an opportunity for any party in interest to file papers concerning the issue raised by the Debtor at the August 20, 2025, hearing and in its papers concerning the UCC-3 Continuation Statement dated August 2023. No party in interest, other than ARBA, filed such paper.
[2] The term "cash collateral" as used in this Order has the meaning given to it in section 363(a) of the Bankruptcy Code.
[3] These documents include: (a) List of 20 Largest Unsecured Creditors; (b) Schedules of Assets and Liabilities; (c) Statement of Financial Affairs; (d) Summary of Assets and Liabilities; (e) Declaration Concerning Debtor's Schedules; and (f) List of Equity Security Holders.
[4] To the extent reasonable and necessary, the Debtor may supplement this information and documentation at any time **prior to the October 1, 2025**, deadline set forth herein for the filing of supplements to the Vendor Motion.

it is further

**ORDERED**, that, <u>on or before September 25, 2025</u>, the Debtor shall continue to make an adequate protection payment in the amount of $6,000.00 (the "Adequate Protection Payment") to ARBA, pursuant to sections 361(1) and 363(c)(2) of the Bankruptcy Code, to be held in escrow subject to the terms and conditions of this Order; and it is further

**ORDERED**, that ARBA shall hold the Adequate Protection Payment in escrow and shall not apply or otherwise use the Adequate Protection Payment until the Court determines the validity and priority of the interests asserted against the Debtor's assets by creditors in this case; the Adequate Protection Payment shall serve as adequate protection of the interests of the creditor holding a valid first priority lien in the Debtor's assets; and it is further

**ORDERED**, that to the extent the cash collateral is used by the Debtor for any purpose other than making the Adequate Protection Payment, and such use results in a diminution of the value of the cash collateral, creditors holding valid and enforceable liens in the Debtor's assets (as ultimately determined by an Order of the Court) are, pursuant to sections 361(2) and 363(c)(2) of the Bankruptcy Code, entitled to replacement liens in and to all postpetition assets of the Debtor, of any kind or nature whatsoever, real or personal, whether now existing or hereafter acquired, and the proceeds of the foregoing, to the same extent and with the same priority as those creditors' prepetition interests in the Debtor's assets; and it is further

**ORDERED**, that *the Court will take under advisement all issues concerning the priority of interests asserted by creditors in the Debtor's assets raised by the Debtor at the August 20, 2025, hearing and in its papers and will resolve those issues by separate Order based on the record of the August 20, 2025, hearing and the papers*; and it is further

**ORDERED**, that the Hearing on the Pending Matters is continued to **October 9, 2025, at 10:00 a.m., ET**, in person in Courtroom 9-C in Baltimore; and it is further

**ORDERED**, that, **on or before October 1, 2025**, the Debtor shall file with the Court and serve on parties in interest (i) any supplemental papers relating to the Vendor Motion; and (ii) any application to retain a certified public accountant or other financial professional to assist the Debtor in this case, with all supporting documentation, as required by sections 327 and 330 of the Bankruptcy Code;[5] and it is further

**ORDERED**, that any party in interest may file papers responsive to the Vendor Motion and any supplements thereto on or before **October 6, 2025**; and it is further

**ORDERED**, that should the Debtor need certain relief under the Vendor Motion prior to the October 9, 2025, hearing, *the Debtor shall file a Line with the Court providing the relevant information for the particular vendor payment request and seeking a hearing on an expedited basis*; the Court will endeavor to set and hear any such matters as timely as possible.

cc:   Debtor
      Debtor's Counsel
      Creditor's Counsel
      U.S. Trustee
      All Creditors on Appendix A

**END OF ORDER**

---

[5] The Court will set any retention application for hearing after proper notice and an opportunity to respond but would like this information on the docket by October 1, 2025, and before the October 9, 2025, hearing.

## APPENDIX A
### Creditor Service Matrix from Debtor Motions

| | | |
|---|---|---|
| American Express Card PO Box 981556<br>El Paso, TX 79998 | Arba Credit Investors, L.P. 161 Washington Street Suite 1525<br>Conshohocken, PA 19428 | Arba Credit Investors, L.P. c/o David Musgrave, Esq 1001 Fleet St 7th Floor<br>Baltimore, MD 21202 |
| Austin Business Finance Dba Backd<br>4853 Williams Dr. Ste 111<br>Georgetown, TX 78633 | Austin Business Finance Dba Backd c/o Chris Mundt, Esq PO Box 19134<br>Austin, TX 78760 | Bank of America PO Box 15796<br>Wilmington, DE 19886-5796 |
| Bank of Hope<br>3200 Wilshire Blvd, Suite 1400<br>Los Angeles, CA 90010 | Capital One Bank PO Box 70187<br>Charlotte, NC 28272 | Chase Card PO Box 1423<br>Charlotte, NC 28201-1423 |
| Comptroller of Maryland Bankruptcy Unit<br>7 St. Paul Street STE230<br>Baltimore, MD 21202 | CRIMPCO<br>2545 LORD BALTIMORE DR. STE H<br>Windsor Mill, MD 21244 | DW Global, Inc. 18000 Studebaker Rd<br>Ste 555<br>Cerritos, CA 90703 |
| EMART AMERICA, INC. 975 W IMPERIAL HWY STE 110<br>Brea, CA 92821 | FIRELINE CORPORATION 4506 HOLLINS FERRY RD<br>Halethorpe, MD 21227 | GLOBAL FOOD #1-MNSS 10320 FESTIVAL LANE<br>Manassas, VA 20109 |
| GLOBAL FOOD #2 WB 13813 FOULGER SQUARE<br>Woodbridge, VA 22192 | GLOBAL FOOD #5 ALX 1476 NORTH BEAUREGARD ST<br>Alexandria, VA 22311 | GLOBAL FOOD #6 SS 13814 OUTLET DR<br>Silver Spring, MD 20904 |
| GLOBAL FOOD -Baltimore 6606 Security Blvd<br>Gwynn Oak, MD 21207 | GYEONG NAM TRADING INC.<br>74-1, Happoro, Masanhappogu Changwonsi, Gyeongsangnamdo 51714 South Korea (International first-class) | Internal Revenue Service Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jin Heung Food Co., Ltd. 767-11, Namyangmanro, Ujeongeup Hwaseong-si, Gyeonggi-do 18572 South Korea (International first-class) | KARIS INC<br>7125 Rosemead Blvd Pico Rivera, CA 90660 |
| LEE KUM KEE (USA) INC 30-56 Whitestone Expy Ste 350<br>Flushing, NY 11354 | LG H&H USA PO Box 894495<br>City of Industry Rowland Height Los Angeles, CA 90189-4495 | Lotte INT'L America Corp 1100 Coiner Ct<br>Rowland Heights, CA 91748 |

| | | |
|---|---|---|
| LOTTE PLAZA-ASHBURN 43930 FARMWELL HUNT PLAZA Ashburn, VA 20147 | LOTTE PLAZA-CATONSVILLE 6600 BALTIMORE NATIONAL PIKE Catonsville, MD 212b28 | LOTTE PLAZA-CENTREVILLE 5900 CENTREVILLE CREST LN Centreville, VA 20121 |
| LOTTE PLAZA-CHANTILLY 13955 METROTECH DR Chantilly, VA 20151 | LOTTE PLAZA-EDISON 1199 AMBOY AVENUE EDISON, NJ 08837 | LOTTE PLAZA-ELLICOTT CITY 8801 BALTIMORE NATIONAL PIKE Ellicott City, MD 21043 |
| LOTTE PLAZA-GB 221 MUDDY BRANCH RD Gaithersburg, MD 20878 | LOTTE PLAZA-HERNDON 490 ELDEN STREET Herndon, VA 20170 | LOTTE PLAZA-ORLANDO 3191 W COLONIAL DR Orlando, FL 32808 |
| LOTTE PLAZA-RICHMOND 7801 West Broad St. Richmond, VA 23294 | LOTTE PLAZA-ROCKVILLE 1902 VEIRS MILL RD Rockville, MD 20851 | LOTTE PLAZA-SPRINGFIELD 5204 PORT ROYAL RD Springfield, VA 22151 |
| LOTTE PLAZA-STERLING 30 Pidgeon Hill Dr Sterling, VA 20165 | LOTTE PLAZA-TAMPA 17605 Bruce B Downs Blvd. Tampa, FL 33647 | Maryland Department of Labor ATTN: Legal Services 100 S Charles St Tower 1 Baltimore, MD 21201 |
| Md Department of Human Service 25 South Charles Street Baltimore, MD 21201-3330 | MD Dept. Assessments Taxation 301 W. Preston Street, Room 801 Baltimore, MD 21202 | MEGA MART-GA 2106 PLEASANT HILL RD Duluth, GA 30096 |
| METRO CHEF 3925 VENTURE DR Duluth, GA 30096 | Metro Chef 3925 Venture Dr. Duluth, GA 30096 | ORACLE AMERICA INC 2300 Oracle Way Austin, TX 78741 |
| Otoki America Inc. 16200 Trojan Way La Mirada, CA 90638 | PENSKE PO BOX 827380 Philadelphia, PA 19182 | Prime Landscape LLC. 3780 Old Norcross Rd Suite 103-275 Duluth, GA 30096 |
| Samyang America, Inc. 140 S. STATE COLLEGE BLVD SUITE 100 Brea, CA 92821 | SUNGWON DISTRIBUTOR 8241 Sandy Ct Jessup, MD 20794 | SUPER MAX ENTERPRISE 23550 PEBBLE RUN PL Sterling, VA 20166 |
| TAEHYUN HOLDINGS LLC 7020 Columbia Gateway Dr. Columbia, MD 21046 | UNITED EXCHANGE CORP 5836 CORPORATE AVE. S, STE 200 Cypress, CA 90630 | US Small Business Administration 100 S. Charles St., Suite 1201 Baltimore, MD 21201 |

| | | |
|---|---|---|
| Waste Management of Maryland, PO BOX 13648 Philadelphia, PA 19101-3648 | GYEONG NAM TRADING INC. c/o KSURE Washington DC CORP 1331Pennsylvania Ave, NW, Suite 625 Washington, DC 20004 | |