# United States Bankruptcy Court
## District of Maryland

In re  **ENI DIST, INC.**　　　　　　　　　　　　　　　　Case No.  **25-17220**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge. **at the time of filing the emergency petition on August 6, 2025.**

Date:  **September 19, 2025**　　　　　　**/s/ Seung Hoon Lee**
　　　　　　　　　　　　　　　　　　　　**Seung Hoon Lee**/**President**
　　　　　　　　　　　　　　　　　　　　Signer/Title

American Express Card
PO Box 981556
El Paso, TX 79998


Arba Credit Investors, L.P.
161 Washington Street
 Suite 1525
Conshohocken, PA 19428


Arba Credit Investors, L.P.
c/o David Musgrave, Esq
1001 Fleet St 7th Floor
Baltimore, MD 21202


Austin Business Finance
Dba Backd
4853 Williams Dr. Ste 111
Georgetown, TX 78633


Austin Business Finance
Dba Backd c/o Chris Mundt, Esq
PO Box 19134
Austin, TX 78760


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of Hope
3200 Wilshire Blvd
Suite 1400
Los Angeles, CA 90010


Capital One Bank
PO Box 70187
Charlotte, NC 28272

Chase Card
PO Box 1423
Charlotte, NC 28201-1423


Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street STE230
Baltimore, MD 21202


CRIMPCO
2545 LORD BALTIMORE DR.
STE H
Windsor Mill, MD 21244


DW Global, Inc.
18000 Studebaker Rd
Ste 555
Cerritos, CA 90703


EMART AMERICA, INC.
975 W IMPERIAL HWY STE 110
Brea, CA 92821


FIRELINE CORPORATION
4506 HOLLINS FERRY RD
Halethorpe, MD 21227


GYEONG NAM TRADING INC.
74-1, Happoro, Masanhappogu
Changwonsi, Gyeongsangnamdo 51714
South Korea


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jin Heung Food Co., Ltd.
767-11, Namyangmanro, Ujeongeup
Hwaseong-si, Gyeonggi-do 18572
South Korea


KARIS INC
7125 Roselead Blvd
Pico Rivera, CA 90660


LEE KUM KEE (USA) INC
30-56 Whitestone Expy
Ste 350
Flushing, NY 11354


LG H&H USA
PO Box 894495
City of Industry Rowland Heigh
Los Angeles, CA 90189-4495


Lotte INT'L America Corp
1100 Coiner Ct
Rowland Heights, CA 91748


Maryland Department of Labor
ATTN: Legal Services
100 S Charles St Tower 1
Baltimore, MD 21201


Md Department of Human Service
25 South Charles Street
Baltimore, MD 21201-3330
```

MD Dept. Assessments Taxation
301 W. Preston Street,
Room 801
Baltimore, MD 21202


Metro Chef
3925 Venture Dr.
Duluth, GA 30096


ORACLE AMERICA INC
2300 Oracle Way
Austin, TX 78741


Otoki America Inc.
16200 Trojan Way
La Mirada, CA 90638


PENSKE
PO BOX 827380
Philadelphia, PA 19182


Prime Landscape LLC.
3780 Old Norcross Rd
Suite 103-275
Duluth, GA 30096


Samyang America, Inc.
140 S. STATE COLLEGE BLVD
SUITE 100
Brea, CA 92821


TAEHYUN HOLDINGS LLC
7020 Columbia Gateway Dr.
Columbia, MD 21046


UNITED EXCHANGE CORP
5836 CORPORATE AVE. S
STE 200
Cypress, CA 90630

```
US Small Business Administration
100 S. Charles St.
Suite 1201
Baltimore, MD 21201



Waste Management of Maryland,
PO BOX 13648
Philadelphia, PA 19101-3648
```