# United States Bankruptcy Court
## District of Maryland

In re  **ENI DIST, INC.**  
Debtor(s)

Case No.  **25-17220**  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 19, 2025**

**/s/ Seung Hoon Lee**  
**Seung Hoon Lee**/**President**  
Signer/Title

## Deleted Creditors

**Chase Card**
PO Box 1423
Charlotte, NC 28201-1423

**Lotte INT'L America Corp**
1100 Coiner Ct
Rowland Heights, CA 91748

**Maryland Department of Labor**
ATTN: Legal Services
100 S Charles St Tower 1
Baltimore, MD 21201

**Md Department of Human Service**
25 South Charles Street
Baltimore, MD 21201-3330

**MD Dept. Assessments Taxation**
301 W. Preston Street
Room 801
Baltimore, MD 21202

**Metro Chef**
3925 Venture Dr.
Duluth, GA 30096

**PENSKE**
PO Box 827380
Philadelphia, PA 19182

**Samyang America, Inc.**
140 S. State College Blvd
Suite 100
Brea, CA 92821

**Waste Management of Maryland**
PO Box 13648
Philadelphia, PA 19101-3648

## Added Creditors

**Ally Bank c/o AIS Portfolio Services, LLC**
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001

Malvern, PA 19355-0701

**Coway USA Inc.**
4221 Wilshire Blvd
Suite 210
Los Angeles, CA 90010

**First-Citizens Bank & Trust Co**
21146 Network Place
Chicago, IL 60673-1211

**Franchise Tax Board**
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

**JPMorgan Chase Bank, N.A.**
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Level Green Landscape, LLC**
c/o CounselBaradel
126 West Street, 4th Floor
Annapolis, MD 21401

**The Huntington National Bank**
11100 Wayzata Blvd., Suite 700
Hopkins, MN 55305

## Creditors with Changed Addresses

| Creditor | Old Address | New Address |
| --- | --- | --- |
| American Express Card | PO Box 981556<br>El Paso, TX 79998 | C/O Zwicker & Associates, P.C.<br>P.O. Box 9043<br>Andover, MA 01810 |
| Capital One Bank | PO Box 70187<br>Charlotte, NC 28272 | c/o AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| Arba Credit Investors, L.P. | 161 Washington Street<br>Suite 1525<br>Conshohocken, PA 19428 | c/o David Musgrave, Esq<br>1001 Fleet St 7th Floor<br>Baltimore, MD 21202 |

| Gyeong Nam Trading Inc. | 74-1, Happoro, Masanhappogu Changwonsi, Gyeongsangnamdo 51714 South Korea | 224-153, Haean-daero, Masanhappo-gu Changwonsi, Gyeongsangnamdo 51714 South Korea<br><br>c/o KSURE Washington DC CORP 1331 Pennsylvania Ave, NW, Suite 625 Washington, DC 20004 |
|---|---|---|
| Otoki America Inc. | 16200 Trojan Way La Mirada, CA 90638 | 16200 Trojan Way La Mirada, CA 90638 c/Coface North America Insurance Company 600 College Road East, Suite 1110 Princeton, NJ 08540 |

Ally Bank c/o AIS Portfolio Services,LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


American Express Card
C/O Zwicker & Associates, P.C.
P.O. Box 9043
Andover, MA 01810


American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701


Arba Credit Investors, L.P.
c/o David Musgrave, Esq
1001 Fleet St 7th Floor
Baltimore, MD 21202


Austin Business Finance
Dba Backd
4853 Williams Dr. Ste 111
Georgetown, TX 78633


Austin Business Finance
Dba Backd c/o Chris Mundt, Esq
PO Box 19134
Austin, TX 78760


Bank of America
PO Box 15796
Wilmington, DE 19886-5796


Bank of Hope
3200 Wilshire Blvd
Suite 1400
Los Angeles, CA 90010

Capital One Bank  
c/o AIS InfoSource LP as agent  
4515 N Santa Fe Ave  
Oklahoma City, OK 73118

Comptroller of Maryland  
Bankruptcy Unit  
7 St. Paul Street STE230  
Baltimore, MD 21202

Coway USA Inc.  
4221 Wilshire Blvd  
Suite 210  
Los Angeles, CA 90010

CRIMPCO  
2545 LORD BALTIMORE DR.  
STE H  
Windsor Mill, MD 21244

DW Global, Inc.  
18000 Studebaker Rd  
Ste 555  
Cerritos, CA 90703

EMART AMERICA, INC.  
975 W IMPERIAL HWY STE 110  
Brea, CA 92821

FIRELINE CORPORATION  
4506 HOLLINS FERRY RD  
Halethorpe, MD 21227

FIRST-CITIZENS BANK & TRUST CO  
21146 Network Place  
Chicago, IL 60673-1211

```
Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952


GYEONG NAM TRADING INC.
224-153, Haean-daero, Masanhappo-gu
Changwonsi, Gyeongsangnamdo 51714
South Korea


Gyeong Nam Trading Inc.
c/o KSURE Washington DC CORP
1331Pennsylvania Ave, NW, Suite 625
Washington, DC 20004


Internal Revenue Service
Centralized Insolvency Operati
P.O. Box 7346
Philadelphia, PA 19101-7346


Jin Heung Food Co., Ltd.
767-11, Namyangmanro, Ujeongeup
Hwaseong-si, Gyeonggi-do 18572
South Korea


JPMorgan Chase Bank, N.A.
c/o Robertson, Anschutz, Schneid, Crane
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487


KARIS INC
7125 Roselead Blvd
Pico Rivera, CA 90660


LEE KUM KEE (USA) INC
30-56 Whitestone Expressway
Ste 350
Flushing, NY 11354
```

Level Green Landscape, LLC
c/o CouncelBaradel
126 West Street
4th Floor
Annapolis, MD 21401


LG H&H USA
PO Box 894495
City of Industry Rowland Heigh
Los Angeles, CA 90189-4495


ORACLE AMERICA INC
2300 Oracle Way
Austin, TX 78741


Otoki America Inc.
16200 Trojan Way
La Mirada, CA 90638


Otoki America Inc.
c/Coface North America Insurance Company
600 College Road East, Suite 1110
Princeton, NJ 08540


Prime Landscape LLC.
3780 Old Norcross Rd
Suite 103-275
Duluth, GA 30096


TAEHYUN HOLDINGS LLC
7020 Columbia Gateway Dr.
Columbia, MD 21046


THE HUNTINGTON NATIONAL BANK
11100 WAYZATA BLVD., SUITE 700
Hopkins, MN 55305

```
UNITED EXCHANGE CORP
5836 CORPORATE AVE. S
STE 200
Cypress, CA 90630


US Small Business Administration
100 S. Charles St.
Suite 1201
Baltimore, MD 21201
```